**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-24-0000811
25-AUG-2025
08:45 AM
Dkt. 60 OGMD**

NO. CAAP-24-0000811

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

GLENN W. HARTE, DEVON W. HARTE, and GOLD KEY PROPERTIES, LLC,
Plaintiffs-Appellants, v.
BRETT RUSSELL SMITH, KARA ANN BYRNE, JOHN JOSEPH GOODHUE, and
BRETT SMITH ENTERPRISES, LLC, Defendants/Cross-claimants/Cross-
claim Defendants-Appellees,
and
COLDWELL BANKER ISLAND PROPERTIES, MELISSA MONTGOMERY,
Defendants/Cross-claimclaimants/Cross-claim
Defendants-Appellees,
and
JOHN DOES 1-10, JANE DOES 1-10, DOE ENTITIES 1-10,
DOE CORPORATIONS 1-10, DOE GOVERNMENTAL ENTITIES 1-10,
and DOE PARTNERSHIPS 1-10, Defendants.

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CIVIL NO. 2CCV-23-0000066)

ORDER GRANTING MOTIONS TO DISMISS APPEAL
(By: Nakasone, Chief Judge, Leonard and Guidry, JJ.)

Upon consideration of: (1) Defendants/Cross-claimants/
Cross-claim Defendants-Appellees Brett Russell Smith, John Joseph
Goodhue, and Brett Smith Enterprises, LLC's May 12, 2025 Motion
to Dismiss; (2) Defendants/Cross-claimants/Cross-claim
Defendants-Appellees CBIP, Inc. incorrectly named as Coldwell
Banker Island Properties and Melissa Montgomery's May 22, 2025
Motion to Dismiss for Lack of Appellate Jurisdiction; (3) the
respective papers in support and in opposition; and (4) the
record, it appears that the respective movants seek dismissal of
the appeal for lack of jurisdiction because the November 13, 2024
Order Granting Defendant Kara Ann Byrne's Motion for Summary

Judgment as to All Claims, Filed September 13, 2024 [DKT. 169] (**November 13, 2024 Order**) appealed-from is not an appealable order.

We conclude that the November 13, 2024 Order is not a final, appealable order or judgment under Hawaiʻi Revised Statutes (**HRS**) § 641-1(a) (2016), Hawaiʻi Rules of Civil Procedure Rules 58 and/or 54(b), and Jenkins v. Cades Schutte Fleming & Wright, 76 Hawaiʻi 115, 119, 869 P.2d 1334, 1338 (1994). The November 13, 2024 Order is not independently appealable under the collateral order doctrine or the Forgay[1] doctrine, and the Circuit Court has not granted leave for interlocutory appeal under HRS § 641-1(b). See Greer v. Baker, 137 Hawaiʻi 249, 253, 369 P.3d 832, 836 (2016) (setting forth the requirements for appealability under the collateral order and Forgay doctrines); HRS § 641-1(b) (specifying requirements for leave to file interlocutory appeal).

Therefore, IT IS HEREBY ORDERED that the motions are granted, and the appeal is dismissed for lack of jurisdiction.[2]

IT IS FURTHER ORDERED that all pending motions are dismissed.

DATED: Honolulu, Hawaiʻi, August 25, 2025.

/s/ Karen T. Nakasone
Chief Judge

/s/ Katherine G. Leonard
Associate Judge

/s/ Kimberly T. Guidry
Associate Judge

---

[1] Forgay v. Conrad, 47 U.S. 201 (1848).

[2] We note that a timely appeal was filed from the April 10, 2025 Final Judgment in 2CCV-23-0000066, creating CAAP-25-0000395. That appeal brings up for review the November 13, 2024 Order. The dismissal herein is without prejudice to the parties' arguments in that appeal.

2